# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2009

137686

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ANNIE SWINTON,
      Plaintiff-Appellant,

v

SC: 137686
COA: 280135
WCAC: 06-000103

MICHIGAN STATE UNIVERSITY,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the October 7, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2009

_____
Clerk

0325